IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOCAL 731 I.B. OF T. EXCAVATORS AND PAVERS PENSION TRUST FUND, PRIVATE SCAVENGER AND GARAGE ATTENDANTS PENSION TRUST FUND AND TEXTILE MAINTENANCE AND LAUNDRY CRAFT PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>   vs.<br><br>DAVID C. SWANSON, et al.,<br><br>                       Defendants. | Civil Action No. 1:09-cv-00799-MMB<br><br>CLASS ACTION |

UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

686099_1

Lead Plaintiff Zhengxu "John" He hereby moves pursuant to Fed. R. Civ. P. 23 for an Order: (i) preliminarily approving the terms of the Settlement as set forth in the Stipulation of Settlement, dated as of February 14, 2012 ("Stipulation"), filed contemporaneously herewith; (ii) certifying a Settlement Class consisting of all Persons who purchased R.H. Donnelley Corporation common stock between October 26, 2006 and May 29, 2009, inclusive; (iii) approving the form and method for providing notice of the Settlement to the Settlement Class; and (iv) scheduling a final approval hearing at which the Court will consider the request for approval of (a) the Settlement set forth in the Stipulation, (b) the Plan of Allocation of settlement proceeds among Settlement Class Members, and (c) Lead Counsel's application for an award of attorneys' fees and expenses.

The grounds for this motion are set forth in Lead Plaintiff's Brief in Support of Unopposed Motion for Preliminary Approval of Settlement, which is filed contemporaneously herewith.

DATED:  February 17, 2012            ROSENTHAL, MONHAIT & GODDESS, P.A.

                                     */s/ P. Bradford deLeeuw*
                                     P. BRADFORD deLEEUW

                                     Joseph A. Rosenthal (Del. Bar No. 234)
                                     P. Bradford deLeeuw (Del. Bar No. 3569
                                     919 N. Market Street, Suite 1401
                                     Wilmington, DE  19899
                                     Telephone:  302/656-4433
                                     302/658-7567 (fax)
                                     jrosenthal@rmgglaw.com
                                     bdeleeuw@rmgglaw.com

                                     Liaison Counsel for Plaintiff

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
DAVID J. GEORGE
ROBERT J. ROBBINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOY ANN BULL
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

CAVANAGH & O'HARA
PATRICK J. O'HARA
407 East Adams Street
Springfield, IL 62701
Telephone: 217/544-1771
217/544-9894 (fax)

Additional Counsel for Plaintiff

- 2 -

686099_1