IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOCAL 731 I.B. OF T. EXCAVATORS AND PAVERS PENSION TRUST FUND, PRIVATE SCAVENGER AND GARAGE ATTENDANTS PENSION TRUST FUND AND TEXTILE MAINTENANCE AND LAUNDRY CRAFT PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>DAVID C. SWANSON, et al.,<br><br>                Defendants. | Civil Action No. 1:09-cv-00799-MMB<br><br>CLASS ACTION |

## LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, AND AWARD OF ATTORNEYS' FEES AND EXPENSES

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
DAVID J. GEORGE
ROBERT J. ROBBINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
    - and -
ROBBINS GELLER RUDMAN
  & DOWD LLP
JOY ANN BULL
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

*Lead Counsel*

ROSENTHAL, MONHAIT, &
  GODDESS, P.A.
Joseph A. Rosenthal (#234)
P. Bradford deLeeuw (#3569)
919 N. Market Street, Suite 1401
Wilmington, DE 19899
Telephone: 302/656-4433
302/658-7567 (fax)
jrosenthal@rmgglaw.com
bdeleeuw@rmgglaw.com

*Liaison Counsel*

710200_1

Lead Plaintiff Zhengxu "John" He hereby moves for judgments and orders: (1) approving the Stipulation of Settlement dated as of February 14, 2012 (the "Stipulation"); dismissing this action with prejudice; and (2) approving the Plan of Allocation of settlement proceeds; and (3) awarding counsel for Lead Plaintiff attorneys' fees and expenses.

The grounds for this motion are set forth in Lead Plaintiff's Brief in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, Lead Counsel's Brief in Support of Motion for an Award of Attorneys' Fees and Expenses, Declaration of David J. George in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, and Award of Attorneys' Fees and Expenses, the Declarations of Lead Counsel and Liaison Counsel submitted in support thereof, the Stipulation and supporting exhibits (D.I. 94), the papers and filings on record in this matter and such additional evidence or argument as may be presented at the final approval hearing scheduled for June 19, 2012.

DATED: May 22, 2012

Respectfully submitted,

ROSENTHAL, MONHAIT & GODDESS, P.A.
Joseph A. Rosenthal (Del. Bar No. 234)
P. Bradford deLeeuw (Del. Bar No. 3569)

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw

919 N. Market Street, Suite 1401
Wilmington, DE 19899
Telephone: 302/656-4433
302/658-7567 (fax)
jrosenthal@rmgglaw.com
bdeleeuw@rmgglaw.com

Liaison Counsel

- 2 -

Lead Counsel:

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
DAVID J. GEORGE
ROBERT J. ROBBINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOY ANN BULL
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Additional Counsel:

CAVANAGH & O'HARA
PATRICK J. O'HARA
407 East Adams Street
Springfield, IL 62701
Telephone: 217/544-1771
217/544-9894 (fax)